DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES PRATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                )<br>              Plaintiff,        )<br>                                )<br>     v.                         )<br>                                )<br>JAMES PRATT,                    )<br>                                )<br>              Defendant.        )<br>_____ ) | NO. 2:12-cr-00269-MCE<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: November 29, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JAMES PRATT, that the status conference hearing date of November 1, 2012 be vacated, and the matter be set for status conference on November 29, 2012 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

///

1   Based upon the foregoing, the parties agree that the time under
2   the Speedy Trial Act should be excluded from the date of signing of
3   this order through and including November 29, 2012 pursuant to 18
4   U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
5   Code T4 based upon continuity of counsel and defense preparation.

DATED:   October 31, 2012.              Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Matthew Scoble
                                        MATTHEW SCOBLE
                                        Designated Counsel for Service
                                        Attorney for JAMES PRATT


DATED:   October 31, 2012.              BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Matthew Scoble for
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

///
///
///

2

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 1, 2012, status conference hearing be continued to November 29, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the November 29, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE