DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES PRATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 12-cr-00269-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| JAMES PRATT, | ) | |
| | ) | Date: January 3, 2013 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JAMES PRATT, that the status conference hearing date of November 29, 2012 be vacated, and the matter be set for status conference on January 3, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 3, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 21, 2012.          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Public Defender


                                   /s/ Matthew Scoble
                                   MATTHEW SCOBLE
                                   Designated Counsel for Service
                                   Attorney for JAMES PRATT


DATED: November 21, 2012.          BENJAMIN WAGNER
                                   United States Attorney


                                   /s/ Matthew Scoble for
                                   JASON HITT
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

2

| | |
|---|---|
| 1 | ORDER |
| 2 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is |
| 3 | ORDERED that the November 29, 2012, status conference hearing **be** |
| 4 | **continued to January 3, 2013, at 9:00 a.m.**  Based on the representation |
| 5 | of defense counsel and good cause appearing therefrom, the Court hereby |
| 6 | finds that the failure to grant a continuance in this case would deny |
| 7 | defense counsel reasonable time necessary for effective preparation, |
| 8 | taking into account the exercise of due diligence.  The Court finds |
| 9 | that the ends of justice to be served by granting a continuance |
| 10 | outweigh the best interests of the public and the defendant in a speedy |
| 11 | trial.  It is ordered that time up to and including the January 3, 2013 |
| 12 | status conference shall be excluded from computation of time within |
| 13 | which the trial of this matter must be commenced under the Speedy Trial |
| 14 | Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code |
| 15 | T-4, to allow defense counsel reasonable time to prepare. |

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE