JOSEPH SCHLESINGER, Bar #87692
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES PRATT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES PRATT,<br><br>        Defendant. | NO. 2:12-cr-00269-MCE<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: March 28, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for JAMES PRATT, that the status conference hearing date of January 24, 2013 be vacated, and the matter be set for status conference on March 28, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 28, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 16, 2013.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Matthew Scoble
                                            MATTHEW SCOBLE
                                            Designated Counsel for Service
                                            Attorney for JAMES PRATT


DATED: January 16, 2013.                    BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Matthew Scoble for
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

2

1                              ORDER

2        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3   ordered that the January 24, 2013, status conference hearing be
4   continued to March 28, 2013, at 9:00 a.m.  Based on the representation
5   of defense counsel and good cause appearing there from, the Court
6   hereby finds that the failure to grant a continuance in this case would
7   deny defense counsel reasonable time necessary for effective
8   preparation, taking into account the exercise of due diligence.  The
9   Court finds that the ends of justice to be served by granting a
10  continuance outweigh the best interests of the public and the defendant
11  in a speedy trial.  It is ordered that time up to and including the
12  March 28, 2013 status conference shall be excluded from computation of
13  time within which the trial of this matter must be commenced under the
14  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and
15  Local Code T-4, to allow defense counsel reasonable time to prepare.

 Dated: January 16, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

3