HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-269 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE MOTION HEARING TO JANUARY 23, 2014, AT 9:00 A.M.; MODIFIED BRIEFING SCHEDULE |
| v. | ) | |
| JAMES PRATT, | ) | Date:   December 19, 2013 |
| Defendant. | ) | Time:   9:00 a.m. |
| | ) | Judge:  Hon. Morrison C. England, Jr. |

    The parties stipulate, through respective counsel, that the Court should reschedule the motion hearing set for December 19, 2013, at 9:00 a.m., on January 23, 2014, at 9:00 a.m.

    Counsel for Mr. Pratt requires additional time to research, prepare, and file motions.  The additional time will also facilitate consultation with Mr. Pratt, who resides in Nevada County Jail, Nevada City, CA.

    Counsel agree to the following modification of the briefing schedule: motion to suppress due on or before December 5, 2013; opposition due on or before January 2, 2014; optional reply due on or before January 16, 2014.

    Counsel and the defendant agree that the Court should exclude the time from the date of this order through January 23, 2014, when it computes the time within which trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, and 18 U.S.C. § 3161(h)(1)(D), Local Code E.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 31, 2013                HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ M.Petrik_____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

DATED: October 31, 2013                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for_____
                                       JASON HITT
                                       Assistant U.S. Attorney

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the motion hearing rescheduled for January 23, 2014, at 9:00 a.m., and approves the briefing schedule outlined above.  The Court orders the time from the date of the parties stipulation, up to and including January 23, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, and 18 U.S.C. § 3161(h)(1)(D), Local Code E.

Dated:  October 31, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT