HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-269 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE MOTION HEARING TO FEBRUARY 27, 2014, AT 9:00 A.M.; MODIFIED BRIEFING SCHEDULE |
| v. | ) ) ) | |
| JAMES PRATT, | ) ) | Date:    January 23, 2013 |
| Defendant. | ) ) | Time:    9:00 a.m. |
| | ) | Judge:   Hon. Morrison C. England, Jr. |

The parties stipulate, through respective counsel, that the Court should reschedule the motion hearing set for January 23, 2013, at 9:00 a.m., on February 27, 2014, at 9:00 a.m.

Counsel for Mr. Pratt requires further time to research, prepare, and file motions. The additional time will also facilitate consultation with Mr. Pratt, who resides in Nevada County Jail, Nevada City, CA.

Counsel agree to the following modification of the briefing schedule: motion to suppress due on or before January 9, 2014; opposition due on or before February 6, 2014; optional reply due on or before February 20, 2014.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through February 27, 2014, when it computes the time within which trial must

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, and 18 U.S.C. § 3161(h)(1)(D), Local Code E.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 11, 2013            HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ M.Petrik_____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender

DATED: December 11, 2013            BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for_____
                                    JASON HITT
                                    Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

///
///
///
///
///
///

1 | The Court orders the motion hearing rescheduled for February 27, 2014, at 9:00 a.m., and
2 | approves the briefing schedule outlined above. The Court orders the time from the date of the
3 | parties stipulation, up to and including February 27, 2014, excluded from computation of time
4 | within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18
5 | U.S.C. § 3161(h)(7), Local Code T4, and 18 U.S.C. § 3161(h)(1)(D), Local Code E.
6 | IT IS SO ORDERED.
7 | Dated: December 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT