BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES PRATT,<br><br>   Defendant. | Case No. 2:12-cr-0269 MCE<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate and agree that the briefing schedule on defendant's motion to suppress evidence (Docket Entry No. 43) should be reset as follows:

| | |
|---|---|
| Government's Opposition: | March 6, 2014 |
| Defendant's Reply Brief: | March 20, 2014 |
| Hearing on Motion: | March 27, 2014, at 9:00 a.m. |

The government has been working diligently to complete briefing on defendant's pending motion. In addition, the parties are exploring whether a possible resolution could occur in light of recent Department of Justice guidance in cases involving mandatory minimums. Both parties request additional time to properly brief the pending motion and explore resolution of the case.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated:  February 7, 2014

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated:  February 7, 2014

/s/ MICHAEL PETRIK, Esq.
MICHAEL PETRIK, Esq.
Counsel for Defendant, authorized to sign for Mr. Petrik on February 7, 2014

# ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that the briefing schedule on Defendant's motion to suppress evidence (ECF No. 43) is revised as follows:

| | |
|---|---|
| Government's Opposition: | March 6, 2014 |
| Defendant's Reply Brief: | March 20, 2014 |
| Hearing on Motion: | March 27, 2014, at 9:00 a.m. |

**IT IS SO ORDERED**.

Dated:  February 10, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT