BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES PRATT, <br><br> Defendant. | Case No. 2:12-cr-0269 MCE <br><br> STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate and agree that the briefing schedule on defendant's motion to suppress evidence (Docket Entry No. 43) should be reset as follows:

        Government's Opposition:        March 27, 2014

        Defendant's Reply Brief:        April 3, 2014

        Hearing on Motion:        April 10, 2014, at 9:00 a.m.

1  The government has been working diligently to complete briefing on defendant's pending
2  motion.  In particular, the United States is seeking to locate the state employee identified in the
3  declaration submitted by the defendant in support of his motion.  In addition, the parties are exploring
4  whether a possible resolution could occur in light of recent Department of Justice guidance in cases
5  involving mandatory minimums.  Both parties request additional time to properly brief the pending
6  motion and explore resolution of the case.
7  IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated:  March 6, 2014            /s/ JASON HITT
JASON HITT
Assistant United States Attorney


Dated:  March 6, 2014            /s/ MICHAEL PETRIK, Esq.
MICHAEL PETRIK, Esq.
Counsel for Defendant, authorized to sign for Mr.
Petrik on March 6, 2014

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

The briefing schedule on Defendant's motion to suppress evidence, ECF No. 43, is revised as follows:

| | |
|---|---|
| Government's Opposition: | March 27, 2014 |
| Defendant's Reply Brief: | April 3, 2014 |
| Hearing on Motion: | April 10, 2014, at 9:00 a.m. |

**IT IS SO ORDERED**.

Dated: March 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT