BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JAMES PRATT,<br><br>                              Defendant. | Case No. 2:12-cr-0269 MCE<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate and agree that the briefing schedule on defendant's motion to suppress evidence (Docket Entry No. 43) should be reset as follows:

Government's Opposition:      April 10, 2014

Defendant's Reply Brief:      April 17, 2014

Hearing on Motion:      April 24, 2014, at 9:00 a.m.

The government has been working diligently to complete briefing on defendant's pending motion. In particular, the United States has obtained relevant documentary evidence from Cal Trans and will produce that to the defendant as well as incorporate it in the government's response to the motion. Both parties therefore respectfully request additional time to properly brief the pending motion and explore resolution of the case.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated:  March 28, 2014                    /s/ JASON HITT
                                          JASON HITT
                                          Assistant United States Attorney


Dated:  March 28, 2014                    /s/ MICHAEL PETRIK, Esq.
                                          MICHAEL PETRIK, Esq.
                                          Counsel for Defendant, authorized to sign for Mr.
                                          Petrik on March 28, 2014

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

The briefing schedule on defendant's motion to suppress evidence, ECF No. 43, is revised as follows:

| | |
|---|---|
| Government's Opposition: | April 10, 2014 |
| Defendant's Reply Brief: | April 17, 2014 |
| Hearing on Motion: | April 24, 2014, at 9:00 a.m. |

**IT IS SO ORDERED**.

**Dated:  April 2, 2014**

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT