HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12-269 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE |
| v. | ) | |
| JAMES PRATT, | ) | Date: May 15, 2014<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |

The parties stipulate, through respective counsel, that the Court should modify the briefing schedule as follows: defendant's reply brief due on or before May 8, 2014.

DATED: April 16, 2014        HEATHER E. WILLIAMS
                             Federal Defender

                             /s/ M.Petrik_____
                             MICHAEL PETRIK, Jr.
                             Assistant Federal Defender

DATED: April 16, 2014        BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ M.Petrik for_____
                             JASON HITT
                             Assistant U.S. Attorney

Stipulation To Modify Briefing Schedule        -1-        12-269 MCE

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court approves the briefing schedule outlined above.

IT IS SO ORDERED.

Dated: April 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT