HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES PRATT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-269 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 17, 2015, AT 9:00 A.M |
| v. | ) ) | |
| JAMES PRATT, | ) ) | Date:   July 30, 2015 |
| Defendant. | ) ) | Time:   9:00 a.m. Judge:  Hon. Morrison C. England, Jr. |
| | ) ) | |

The parties stipulate, through respective counsel, that the Court should reschedule the status conference set for July 30, 2015, at 9:00 a.m., on September 17, 2015, at 9:00 a.m.

Counsel for Mr. Pratt has the plea agreement that the parties negotiated.  Given the available dates cited in the district court's standard information webpage, and counsel's calendar, the first available date for potential change of plea is September 17, 2015.  Counsel requests this additional time because of the necessity of reviewing discovery in conjunction with the proffered plea agreement with Mr. Pratt, who resides in Nevada County Jail, Nevada City, CA.

Counsel and the defendant agree that the Court should exclude the time from the date of this order through September 17, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 28, 2015               Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ M.Petrik_____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender

DATED: July 28, 2015               BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for_____
                                   JASON HITT
                                   Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  The Court orders the status conference rescheduled on September 17, 2015, at 9:00 a.m.  The Court orders the time from the date of the parties stipulation, up to and including September 17, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4.

IT IS SO ORDERED.

Dated:  July 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT